No. 877.   ST. PAUL BRIDGE & TERMINAL RY. Co. v. GENOVA, ADMINISTRATRIX.   April 9, 1934.   Petition for writ of certiorari to the Supreme Court of Minnesota

denied. *Mr. Morton Barrows* for petitioner. *Mr. Samuel A. Anderson* for respondent.

No. 878. ST. PAUL BRIDGE & TERMINAL RY. CO. *v.* NATALINO. April 9, 1934. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Morton Barrows* for petitioner. *Mr. Samuel A. Anderson* for re-respondent.